# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re *Frederick John AmRhein and Karla Michelle AmRhein*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $     *350,000.00* | | |
| B-Personal Property | *Yes* | *5* | $     *232,177.98* | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $     *626,758.38* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $     *0.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *3* | | $     *291,838.68* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $     *8,237.17* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *2* | | | $     *5,253.32* |
| TOTAL | | *19* | $     *582,177.98* | $     *918,597.06* | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re *Frederick John AmRhein and Karla Michelle AmRhein*

Case No.

Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re _Frederick John AmRhein and Karla Michelle AmRhein_      Case No. _____
                           Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____20_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _11/18/2009_            Signature _/s/ Frederick John AmRhein_
                                                    _Frederick John AmRhein_

Date: _11/18/2009_            Signature _/s/ Karla Michelle AmRhein_
                                                    _Karla Michelle AmRhein_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re _Frederick John AmRhein and Karla Michelle AmRhein_ ,  Case No._____
               Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Residence_<br>_2217 E. Cactus Wren Dr._<br>_Phoenix, AZ 85020_ | _Fee Simple_ | C | $ 350,000.00 | $ 350,000.00 |
| | | | **TOTAL $** 350,000.00 | |

No continuation sheets attached

**TOTAL $**   350,000.00

**(Report also on Summary of Schedules.)**

In re <u>Frederick John AmRhein and Karla Michelle AmRhein</u>,  Case No. _____

Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand<br>Location: In debtor's possession | C | $ 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account #0000083538-80<br>Location: Desert Schools Credit Union<br>P.O. Box 9845<br>Phoenix, AZ 85062-2945 | C | $ 25.00 |
| | | Checking account #1889802888<br>Location: Wells Fargo Bank<br>P.O. Box 2908<br>Phoenix, AZ 85062-2908 | C | $ 175.00 |
| | | Money market account #0000083538-08<br>Location: Desert Schools Credit Union<br>P.O. Box 9845<br>Phoenix, AZ 85062-2945 | C | $ 25.00 |
| | | Savings account #0000083538-00<br>Location: Desert Schools Credit Union<br>P.O. Box 9845<br>Phoenix, AZ 85062-2945 | C | $ 25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Vacuum/miscellaneous appliances | C | $ 425.00 |

In re <u>Frederick John AmRhein and Karla Michelle AmRhein</u>,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Washer, dryer & refrigerator | C | $ 900.00 |
| | | Computers (2), laptop, printer | C | $ 250.00 |
| | | Patio furniture | C | $ 200.00 |
| | | Flatware/cookware | C | $ 750.00 |
| | | Bedroom sets (3) | C | $ 675.00 |
| | | File cabinets (2) | C | $ 30.00 |
| | | Kitchen/dining table & chairs | C | $ 600.00 |
| | | Living room sofa, lamps, decor | C | $ 760.00 |
| | | Televisions (2) | C | $ 750.00 |
| | | DVDs (2), VHS, and Wii | C | $ 305.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Art - two watercolors | C | $ 100.00 |
| | | Books (children/text) | C | $ 50.00 |
| | | DVDs, CDs, VHS | C | $ 85.00 |
| | | Photographs & frames | C | $ 150.00 |
| 6.  Wearing apparel. | | Wearing apparel | C | $ 1,000.00 |
| 7.  Furs and jewelry. | | Miscellaneous necklaces/costume jewelry | C | $ 250.00 |
| | | Wedding band | C | $ 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Bicycles (2) | C | $ 225.00 |
| | | Cameras (3) | C | $ 200.00 |
| | | Various children's toys and games | C | $ 170.00 |

In re <u>Frederick John AmRhein and Karla Michelle AmRhein</u>,  Case No. _____
                                                              
                          Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Sports climbing/camping equipment* | C | $ 900.00 |
| | | *Tools* | C | $ 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life insurance policy [term - no cash value]* *Location: SunCor/Pinnacle West Life Insurance* | W | $ 0.00 |
| | | *Life insurance policy [$300,000 - no cash value]* *Location: ASCPA Life Insurance Company* | W | $ 0.00 |
| | | *Life insurance policy [$300,000 - no cash value]* *Location: ASCPA Life Insurance Company* | H | $ 0.00 |
| | | *Life insurance policy* *Location: State Farm Life Insurance* | H | $ 4,690.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *Roth IRA* *Location: Oppenheimer Fund* | W | $ 555.61 |
| | | *IRA* *Location: Oppenheimer Fund* | H | $ 4,034.13 |
| | | *Arizona State Retirement System* | H | $ 6,660.00 |
| | | *Great Western Retirement System* | H | $ 21,356.24 |
| | | *Pinnacle West Savings Plan 401(k)* *Location: JPMorgan Retirement Plan Services* | W | $ 176,012.00 |

In re <u>Frederick John AmRhein and Karla Michelle AmRhein</u> ,     Case No. _____
                                    Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | *Desert Climbing Centers, LLC* | C | *Unknown* |
| | | *Sonoran Mountain Products, LLC [inactive LLC]* | C | *$ 0.00* |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | *Patent #6510599 [expires 4/13/21]* | H | *Unknown* |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | *Patent license to Great Trango Holdings, Inc.* | H | *Unknown* |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2002 Toyota 4Runner - VIN JT3HN86R620381255* | C | *$ 6,300.00* |
| | | *1999 Infiniti I30 - VIN JNKCA21A9XT773490* | C | *$ 2,975.00* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

In re __Frederick John AmRhein and Karla Michelle AmRhein__ ,  Case No. _____

Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | *Miscellaneous office supplies* | C | *$ 20.00* |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __5__ of __5__                                                      Total ➡  *$ 232,177.98*

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _Frederick John AmRhein and Karla Michelle AmRhein_ ,     Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Checking account | ARS 33-1126(A)(9) | $ 175.00 | $ 175.00 |
| Checking account | ARS 33-1126(A)(9) | $ 25.00 | $ 25.00 |
| Savings account | ARS 33-1126(A)(9) | $ 25.00 | $ 25.00 |
| Savings account | 10 U.S.C. § 1035(d) | $ 25.00 | $ 25.00 |
| Appliances | ARS 33-1123(1)-(17) | $ 900.00 | $ 900.00 |
| Appliances | ARS 33-1123(1)-(17) | $ 425.00 | $ 425.00 |
| Computer equipment | ARS 33-1123(1)-(17) | $ 250.00 | $ 250.00 |
| Household furnishings | ARS 33-1123(1)-(17) | $ 760.00 | $ 760.00 |
| Household furnishings | ARS 33-1123(1)-(17) | $ 600.00 | $ 600.00 |
| Household furnishings | ARS 33-1123(1)-(17) | $ 30.00 | $ 30.00 |
| Household furnishings | ARS 33-1123(1)-(17) | $ 675.00 | $ 675.00 |
| Household furnishings | ARS 33-1123(1)-(17) | $ 750.00 | $ 750.00 |
| Household furnishings | ARS 33-1123(1)-(17) | $ 200.00 | $ 200.00 |
| Televisions | ARS 33-1123(1)-(17) | $ 750.00 | $ 750.00 |
| Video equipment | ARS 33-1123(1)-(17) | $ 305.00 | $ 305.00 |
| Books | ARS 33-1125(5) | $ 50.00 | $ 50.00 |
| Wearing apparel | ARS 33-1125(1) | $ 1,000.00 | $ 1,000.00 |

In re _Frederick John AmRhein and Karla Michelle AmRhein_____ ,    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _Jewelry_ | _ARS 33-1125(4)_ | $ 200.00 | $ 200.00 |
| _Insurance policy_ | _ARS 33-1126(A)(6)_ | $ 4,690.00 | $ 4,690.00 |
| _IRA_ | _ARS 33-1126(C)_ | $ 4,034.13 | $ 4,034.13 |
| _IRA_ | _ARS 33-1126(C)_ | $ 555.61 | $ 555.61 |
| _Pension plan_ | _ARS 33-1126(C)_ | $ 176,012.00 | $ 176,012.00 |
| _Pension plan_ | _ARS 33-1126(C)_ | $ 21,356.24 | $ 21,356.24 |
| _Pension plan_ | _ARS 33-1126(C)_ | $ 6,660.00 | $ 6,660.00 |
| _Automobile_ | _ARS 33-1125 (8)_ | $ 2,975.00 | $ 2,975.00 |
| _Automobile_ | _ARS 33-1125 (8)_ | $ 6,300.00 | $ 6,300.00 |

In re *Frederick John AmRhein and Karla Michelle AmRhein* ,    Case No._____

                **Debtor(s)**    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: *5095*<br><br>*Creditor # : 1*<br>*Casco Bay Finance Company, LLC*<br>*50 Portland Pier, #400*<br>*Portland ME 04101* | X | *Business Loan*<br><br><br>Value: *$ 350,000.00* | C | | | | *$ 254,839.09* | *$ 201,969.09* |
| Account No: *0005*<br><br>*Creditor # : 2*<br>*Desert Hills Bank*<br>*3001 E. Camelback Rd.*<br>*Phoenix AZ 85016* | X | *Business Loan*<br><br><br>Value: *$ 0.00* | C | | | | *$ 74,789.29* | *$ 74,789.29* |
| Account No: *3801*<br><br>*Creditor # : 3*<br>*Desert Schools Credit Union*<br>*P.O. Box 9845*<br>*Phoenix AZ 85062-2945* | | *Deed of Trust - 2nd position*<br><br><br>Value: *$ 350,000.00* | C | | | | *$ 78,829.00* | *$ 0.00* |

_1_   continuation sheets attached

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | *$ 408,457.38* | *$ 276,758.38* |
| **Total $**<br>(Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _Frederick John AmRhein and Karla Michelle AmRhein_ ,          Case No._____
                        **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _0461_<br><br>_Creditor # : 4_<br>_Provident Funding Associates_<br>_P.O. Box 54957_<br>_Los Angeles CA 90054-0957_ | C | _Deed of Trust - 1st position_<br><br><br>Value: _$ 350,000.00_ | | | | $ 218,301.00 | $ 0.00 |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | $ 218,301.00 | $ 0.00 |
| Total $<br>(Use only on last page) | $ 626,758.38 | $ 276,758.38 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _Frederick John AmRhein and Karla Michelle AmRhein_ ,     Case No._____
                    **Debtor(s)**                                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

In re _Frederick John AmRhein and Karla Michelle AmRhein_ ,          Case No. _____
          **Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 1** <br> **Arizona Dept. of Revenue** <br> **BK Unit, Field Collections** <br> **1600 W. Monroe, 7th Fl.** <br> **Phoenix AZ 85007** | C | | *NOTICE ONLY* | | | | *$ 0.00* |
| Account No: <br> **Creditor # : 2** <br> **Arizona DES** <br> **P.O. Box 6123** <br> **Phoenix AZ 85005** | C | | *NOTICE ONLY* | | | | *$ 0.00* |
| Account No:    **5047** <br> **Creditor # : 3** <br> **Bank of America** <br> **P.O. Box 301200** <br> **Los Angeles CA 90030-1200** | C | | *9/09* <br> *Credit Card Purchases* | | | | *$ 10,146.31* |
| Account No: <br> **Creditor # : 4** <br> **California Climbing** <br>   **Centers, LLC** <br> **1938 Titus St.** <br> **San Diego CA 92110** | C | | *NOTICE ONLY* | | | | *$ 0.00* |

_2_ continuation sheets attached

| | Subtotal $ | *$ 10,146.31* |
|---|---|---|
| | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Frederick John AmRhein and Karla Michelle AmRhein_ ,            Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7336<br><br>Creditor # : 5<br>Citibank<br>Box 6000<br>The Lakes NV 89163-6000 | | C | 9/09<br>Credit Card Purchases | | | | $ 4,371.99 |
| Account No:<br><br>Creditor # : 6<br>City of Phoenix<br>Mary Oakes/Treasury Div.<br>251 W. Washington<br>Phoenix AZ 85003 | | C | NOTICE ONLY | | | | $ 0.00 |
| Account No: 9718<br><br>Creditor # : 7<br>Desert Hills Bank Visa<br>3001 E. Camelback Rd.<br>Phoenix AZ 85016 | X | C | Business Debt | | | | $ 5,000.00 |
| Account No:<br><br>Creditor # : 8<br>EJM<br>9061 Santa Monica Blvd.<br>Los Angeles CA 90069 | X | C | Business Debt<br>[estimated amount] | | | | $ 255,000.00 |
| Account No:<br><br>Creditor # : 9<br>Internal Revenue Service<br>Centralized Insolvency Op<br>P.O. Box 21126<br>Philadelphia PA 19114-0326 | | C | NOTICE ONLY | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 10<br>Internal Revenue Service<br>Stop 5082 PX<br>210 E. Earll<br>Phoenix AZ 85012 | | C | NOTICE ONLY | | | | $ 0.00 |

Sheet No. 1 of 2 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 264,371.99

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Frederick John AmRhein and Karla Michelle AmRhein_          ,          Case No. _____
          **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 11** **Maricopa County Treasurer** **301 W. Jefferson, #100** **Phoenix AZ 85003** | C | | *NOTICE ONLY* | | | | $ 0.00 |
| Account No: **Creditor # : 12** **U.S. Attorney General** **Tax Div. U.S. Dept. of Justice** **Box 683, Ben Franklin Station** **Washington D.C. 20004** | C | | *NOTICE ONLY* | | | | $ 0.00 |
| Account No: **6975** **Creditor # : 13** **U.S. Bank** **P.O. Box 790408** **St. Louis MO 63179-0408** | C | | *9/09* *Credit Card Purchases* | | | | $ 17,320.38 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 17,320.38 |
| **Total $** | $ 291,838.68 |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Frederick John AmRhein and Karla Michelle AmRhein_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Verizon Wireless_<br>_P.O. Box 96088_<br>_Bellevue WA  98009_ | Contract Type: _Service contract_<br>Terms: _2 years_<br>Beginning date: _11/17/2008_<br>Debtor's Interest: _Lessor_<br>Description: _Cell phone contract_<br><br>Buyout Option: |

Page <u>1</u> of <u>1</u>

In re <u>Frederick John AmRhein and Karla Michelle AmRhein</u>  / Debtor

Case No. _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Desert Climbing Centers, LLC*<br>*2217 E. Cactus Wren Dr.*<br>*Phoenix AZ   85020* | *Casco Bay Finance Company, LLC*<br>*50 Portland Pier, #400*<br>*Portland ME   04101*<br><br>*Desert Hills Bank*<br>*3001 E. Camelback Rd.*<br>*Phoenix AZ   85016*<br><br>*Desert Hills Bank Visa*<br>*3001 E. Camelback Rd.*<br>*Phoenix AZ   85016*<br><br>*EJM*<br>*9061 Santa Monica Blvd.*<br>*Los Angeles CA   90069* |

In re _Frederick John AmRhein and Karla Michelle AmRhein_ , Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Status: _Married_ | RELATIONSHIP(S): _Son_ _Daughter_ | AGE(S): _9_ _6_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Self-employed_ | _Manager_ |
| Name of Employer | | _SunCor Development Company_ |
| How Long Employed | _6 years_ | _13 years_ |
| Address of Employer | | _80 E. Rio Salado Parkway, #410_ _Tempe AZ  85281_ |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ _0.00_ | $ _9,702.33_ |
| 2. Estimate monthly overtime | $ _0.00_ | $ _0.00_ |
| 3. SUBTOTAL | $ _0.00_ | $ _9,702.33_ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ _0.00_ | $ _1,789.67_ |
|    b. Insurance | $ _0.00_ | $ _333.67_ |
|    c. Union dues | $ _0.00_ | $ _0.00_ |
|    d. Other (Specify): _United Way_ | $ _0.00_ | $ _23.83_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ _0.00_ | $ _2,147.17_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ _0.00_ | $ _7,555.17_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _100.00_ | $ _0.00_ |
| 8. Income from real property | $ _0.00_ | $ _0.00_ |
| 9. Interest and dividends | $ _0.00_ | $ _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _0.00_ | $ _0.00_ |
| 11. Social security or government assistance (Specify): | $ _0.00_ | $ _0.00_ |
| 12. Pension or retirement income | $ _0.00_ | $ _582.00_ |
| 13. Other monthly income (Specify): | $ _0.00_ | $ _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _100.00_ | $ _582.00_ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ _100.00_ | $ _8,137.17_ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ _8,237.17_ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**In re** *Frederick John AmRhein and Karla Michelle AmRhein* ,        **Case No.** _____
              **Debtor(s)**                                                                          **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,000.00 |
|    a. Are real estate taxes included?  Yes ☒ No ☐ | |
|    b. Is property insurance included?  Yes ☒ No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $ 160.00 |
|    b. Water and sewer | $ 230.00 |
|    c. Telephone | $ 200.00 |
|    d. Other  *Internet* | $ 20.00 |
|      Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 800.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 223.33 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 185.00 |
| 10. Charitable contributions | $ 250.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 58.33 |
|    c. Health | $ 0.00 |
|    d. Auto | $ 160.00 |
|    e. Other | $ 0.00 |
|      Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify): | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 0.00 |
|    b. Other: | $ 0.00 |
|    c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other:  *Education for employment* | $ 16.66 |
|    Other:  *Child Care* | $ 170.00 |
|    Line 17 Continuation Page Total (see continuation page for itemization) | $ 350.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 5,253.32 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 16 of Schedule I | $ 8,237.17 |
|    b. Average monthly expenses from Line 18 above | $ 5,253.32 |
|    c. Monthly net income (a. minus b.) | $ 2,983.85 |

In re _Frederick John AmRhein and Karla Michelle AmRhein_ ,    Case No. _____
                                    **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
## (Continuation page)

**17. (continuation) OTHER EXPENSES**

| | |
|---|---|
| _Education for dependents_ | $ _50.00_ |
| _Activities for dependents_ | $ _200.00_ |
| _529 fund for dependents_ | $ _100.00_ |
| **Line 17 Continuation Page Total (seen as line item "17" on Schedule J)** | $ _350.00_ |