1

**SCHIAN WALKER, P.L.C.**
3550 NORTH CENTRAL AVENUE, #1700
2   PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
3   FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
4   MARK C. HUDSON, #020500
Attorneys for Debtors

5

## UNITED STATES BANKRUPTCY COURT
6

## DISTRICT OF ARIZONA
7

| In re: | No. 2-09-bk-29750-RTB |
|---|---|
| FREDERICK JOHN AMRHEIN and KARLA MICHELLE AMRHEIN, husband and wife, | CHAPTER 7 |
| Debtors. | **CHAPTER 7 INDIVIDUAL DEBTORS' STATEMENT THAT DEBTS ARE NOT PRIMARILY CONSUMER DEBTS** |

12            Debtors Frederick John AmRhein and Karla Michelle AmRhein, by and through their

13   undersigned counsel, give notice that the debts set forth in the debtors' bankruptcy schedules are <u>not</u>

14   primarily consumer debts.

15            DATED this __19th__ day of November, 2009.

16                                          SCHIAN WALKER, P.L.C.

17

18                                          By_ /s/ __MARK C. HUDSON, #020500_____
                                                    Mark C. Hudson
19                                                  Attorneys for Debtors

20   COPY of the foregoing
mailed this __19th__ day
21   of November, 2009, to:

22   U.S. Trustee's Office
230 North First Avenue, #204
23   Phoenix, Arizona 85003-1706

24
   __/s/ __ DEBBI STEPHENS_____
25   131809v1

26