UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re Frederick John AmRhein )
and )
Karla Michelle AmRhein )
)
)
)
Debtor(s) )

Chapter 7

Case No. 2-09-bk-29750

### Declaration of Evidence of Employers' Payments Within 60 Days

☑ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $ 17,912.72 .

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 11/20/2009

Signature of Debtor
Karla Michelle AmRhein

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
| --- | --- | --- | --- | --- | --- |
| JLY | 008438 | 003 | SU457 | 0000450016 | 1 |

# Earnings Statement

**ADP**

SUNCOR DEVELOPMENT COMPANY
PAYROLL ACCOUNT
80 E RIO SALADO PKWY #410
TEMPE, AZ 85281

Period Ending: 11/06/2009
Pay Date: 11/06/2009

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  AZ: Tax is 35.7% of Federal

KARLA M AMRHEIN
2217 E CACTUS WREN
DRIVE
PHOENIX, AZ 85020

Social Security Number: XXX-XX-8438

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 4478.18 | | 4,478.18 | 102,998.14 |
| Gross Pay | | | $4,478.18 | 102,998.14 |

| Other Benefits and Information | this period | total to date |
| --- | --- | --- |
| Gross | 4,478.18 | |

| Deductions | Statutory | | |
| --- | --- | --- | --- |
| | Federal Income Tax | -364.07 | 13,335.34 |
| | Social Security Tax | -268.74 | 6,198.94 |
| | Medicare Tax | -62.85 | 1,449.75 |
| | AZ State Income Tax | -129.98 | 4,475.87 |
| | **Other** | | |
| | A P S Pac | -5.00 | 105.00 |
| | Checking | -2,150.92 | |
| | Checking | -750.00 | |
| | Dental | -11.48* | 241.08 |
| | Life Ins | -10.05 | 112.15 |
| | Med Fsa | -25.00* | 525.00 |
| | Medical | -107.10* | 2,249.10 |
| | United Way | -10.83 | 227.43 |
| | 401 K 75 M | -268.69* | 6,179.87 |
| | 401(K) | -313.47* | 7,209.81 |

**Net Pay**     $0.00

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,752.44

---

SUNCOR DEVELOPMENT COMPANY
PAYROLL ACCOUNT
80 E RIO SALADO PKWY #410
TEMPE, AZ 85281

Advice number: 00000450016
Pay date: 11/06/2009

**THIS IS NOT A CHECK**

Deposited to the account of
KARLA M AMRHEIN

| | account number | transit ABA | amount |
| --- | --- | --- | --- |
| | xxxxx2888 | xxxx xxxx | $2,150.92 |
| | xxxxx3880 | xxxx xxxx | $750.00 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK • HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|-----|------|-------|-------|-----------|-----|
| JLY | 008438 | 003 | | SU457 | 0000430010 |

# Earnings Statement

**ADP**

SUNCOR DEVELOPMENT COMPANY
PAYROLL ACCOUNT
80 E RIO SALADO PKWY #410
TEMPE, AZ 85281

Period Ending: 10/23/2009
Pay Date: 10/23/2009

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  AZ: Tax is 35.7% of Federal

KARLA M AMRHEIN
2217 E CACTUS WREN
DRIVE
PHOENIX, AZ 85020

Social Security Number: XXX-XX-8438

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 4478.18 | | 4,478.18 | 98,519.96 |
| Gross Pay | | | $4,478.18 | 98,519.96 |

| Other Benefits and information | this period | total to date |
|---|---|---|
| Gross | 4,478.18 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -364.07 | 12,971.27 |
| | Social Security Tax | -268.75 | 5,930.20 |
| | Medicare Tax | -62.85 | 1,386.90 |
| | AZ State Income Tax | -129.98 | 4,345.89 |
| | **Other** | | |
| | A P S Pac | -5.00 | 100.00 |
| | Checking | -2,160.96 | |
| | Checking | -750.00 | |
| | Dental | -11.48* | 229.60 |
| | Med Fsa | -25.00* | 500.00 |
| | Medical | -107.10* | 2,142.00 |
| | United Way | -10.83 | 216.60 |
| | 401 K 75 M | -268.69* | 5,911.18 |
| | 401(K) | -313.47* | 6,896.34 |
| | Life Ins | | 102.10 |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,752.44

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID VOID VOID

SUNCOR DEVELOPMENT COMPANY
PAYROLL ACCOUNT
80 E RIO SALADO PKWY #410
TEMPE, AZ 85281

Advice number: 00000430010
Pay date: 10/23/2009

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KARLA M AMRHEIN | xxxxxx2888 | xxxx xxxx | $2,160.96 |
| | xxxxxx3880 | xxxx xxxx | $750.00 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| CO | FILE | DEPT | CLOCK | VCHR NO. | 073 |
|----|------|------|-------|----------|-----|
| JLY | 008438 | 003 | SU457 | 0000410016 | 1 |

# Earnings Statement

**ADP**

SUNCOR DEVELOPMENT COMPANY  
PAYROLL ACCOUNT  
80 E RIO SALADO PKWY #410  
TEMPE, AZ 85281

Period Ending: 10/09/2009  
Pay Date: 10/09/2009

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 5  
  AZ: Tax is 35.7% of Federal

KARLA M AMRHEIN  
2217 E CACTUS WREN DRIVE  
PHOENIX, AZ 85020

Social Security Number: XXX-XX-8438

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 4478.18 | | 4,478.18 | 94,041.78 |
| **Gross Pay** | | | **$4,478.18** | 94,041.78 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gross | 4,478.18 | |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -364.07 | 12,607.20 |
| Social Security Tax | -268.74 | 5,661.45 |
| Medicare Tax | -62.85 | 1,324.05 |
| AZ State Income Tax | -129.98 | 4,215.91 |

Other
| | | |
|---|---|---|
| A P S Pac | -5.00 | 95.00 |
| Checking | -2,150.92 | |
| Checking | -750.00 | |
| Dental | -11.48* | 218.12 |
| Life Ins | -10.05 | 102.10 |
| Med Fsa | -25.00* | 475.00 |
| Medical | -107.10* | 2,034.90 |
| United Way | -10.83 | 205.77 |
| 401 K 75 M | -268.69* | 5,642.49 |
| 401(K) | -313.47* | 6,582.87 |

**Net Pay**     **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,752.44

---

SUNCOR DEVELOPMENT COMPANY  
PAYROLL ACCOUNT  
80 E RIO SALADO PKWY #410  
TEMPE, AZ 85281

Advice number: 00000410016  
Pay date: 10/09/2009

**Deposited to the account of**  
KARLA M AMRHEIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2888 | xxxx xxxx | $2,150.92 |
| xxxxxx3880 | xxxx xxxx | $750.00 |



**NON-NEGOTIABLE**

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 073 |
|---|---|---|---|---|---|
| JLY | 008438 | 003 | SU457 | 0000390010 | 1 |

# Earnings Statement

**ADP**

SUNCOR DEVELOPMENT COMPANY
PAYROLL ACCOUNT
80 E RIO SALADO PKWY #410
TEMPE, AZ 85281

Period Ending: 09/25/2009
Pay Date: 09/25/2009

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 5
   AZ: Tax is 35.7% of Federal

KARLA M AMRHEIN
2217 E CACTUS WREN
DRIVE
PHOENIX, AZ 85020

Social Security Number: XXX-XX-8438

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4478.18 | | 4,478.18 | 89,563.60 |
| **Gross Pay** | | | **$4,478.18** | 89,563.60 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gross | 4,478.18 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -364.07 | 12,243.13 |
| | Social Security Tax | -268.75 | 5,392.71 |
| | Medicare Tax | -62.85 | 1,261.20 |
| | AZ State Income Tax | -129.98 | 4,085.93 |
| | **Other** | | |
| | A P S Pac | -5.00 | 90.00 |
| | Checking | -2,160.96 | |
| | Checking | -750.00 | |
| | Dental | -11.48* | 206.64 |
| | Med Fsa | -25.00* | 450.00 |
| | Medical | -107.10* | 1,927.80 |
| | United Way | -10.83 | 194.94 |
| | 401 K 75 M | -268.69* | 5,373.80 |
| | 401(K) | -313.47* | 6,269.40 |
| | Life Ins | | 92.05 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,752.44

---

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SUNCOR DEVELOPMENT COMPANY
PAYROLL ACCOUNT
80 E RIO SALADO PKWY #410
TEMPE, AZ 85281

Advice number: 00000390010
Pay date: 09/25/2009

**Deposited to the account of**
KARLA M AMRHEIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2888 | xxxx xxxx | $2,160.96 |
| xxxxxx3880 | xxxx xxxx | $750.00 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.