SCHIAN WALKER, P.L.C.
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
MARK D. HUDSON, #020500
Attorneys for Debtors

**FILED**
NOV 19 2009
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

FREDERICK JOHN AMRHEIN and KARLA MICHELLE AMRHEIN, husband and wife,

Debtors.

No. 2-09-bk- 29750-RTB

CHAPTER 7

DECLARATION RE: ELECTRONIC FILING

**DECLARATION OF PETITIONERS:**

We, Frederick John AmRhein and Karla Michelle AmRhein, hereby declare under penalty of perjury that the information given to our attorney and the information provided in the electronically filed petition, statements and schedules is true and correct. We consent to our attorney sending the petition, this declaration, statements and schedules to the United States Bankruptcy Court. We understand that this Declaration Re: Electronic Filing is to be filed with the Clerk once all schedules and statements have been filed electronically but, in no event, no later than five (5) calendar days after the schedules and statements are filed. We understand that failure to file the signed original of this declaration will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

DATED this 18th day of November, 2009.

_____
Frederick John AmRhein

_____
Karla Michelle AmRhein

11/20/2009

**DECLARATION OF ATTORNEY:**

I declare as follows: the debtors will have signed this form before I submit the petition, schedules and statements. I will give the debtors a copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operating Order.

DATED this 19th day of November, 2009.

SCHIAN WALKER, P.L.C.

By /s/ Mark C. Hudson
Mark C. Hudson
Attorneys for Debtors

COPY of the foregoing
mailed this 19th day
of November, 2009, to:

United States Trustee
230 North First Avenue, #204
Phoenix, Arizona 85003-1706

/s/ Debbi Stephens

131680v1