UNITED STATES BANKRUPTCY COURT District of Arizona

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/18/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| FREDERICK JOHN AMRHEIN<br>2217 E. Cactus Wren Dr.<br>Phoenix, AZ 85020 | KARLA MICHELLE AMRHEIN<br>2217 E. Cactus Wren Dr.<br>Phoenix, AZ 85020 |
| Case Number:<br>2:09−bk−29750−RTB | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−4715<br>xxx−xx−8438 |
| Attorney for Debtor(s) (name and address):<br>MARK C. HUDSON<br>SCHIAN WALKER, P.L.C.<br>3550 N. CENTRAL AVE., #1700<br>PHOENIX, AZ 85012−2115<br>Telephone number: 602−277−1501 | Bankruptcy Trustee (name and address):<br>ROBERT A. MACKENZIE<br>2025 N. 3RD ST., #157<br>PHOENIX, AZ 85004<br>Telephone number: 602−229−8575 |

## Meeting of Creditors

Date: **December 21, 2009**                                    Time: **11:00 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/19/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 11/19/09 |

| | **EXPLANATIONS** | **B9A (Official Form 9A) (12/07)** |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. | |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. | |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: durant              Page 1 of 1               Date Rcvd: Nov 19, 2009
Case: 09-29750                 Form ID: b9a              Total Noticed: 22

The following entities were noticed by first class mail on Nov 21, 2009.
db/jdb     +FREDERICK JOHN AMRHEIN,   KARLA MICHELLE AMRHEIN,   2217 E. Cactus Wren Dr.,
            Phoenix, AZ 85020-5623
aty         MARK C. HUDSON,   SCHIAN WALKER, P.L.C.,   3550 N. CENTRAL AVE., #1700,   PHOENIX, AZ  85012-2115
tr         +ROBERT A. MACKENZIE,   2025 N. 3RD ST., #157,   PHOENIX AZ 85004-1425
8663389    +ARIZONA DES,   PO BOX 6123,   PHOENIX AZ 85005-6123
8663390     BANK OF AMERICA,   PO BOX 301200,   LOS ANGELES CA  90030-1200
8663391    +CALIFORNIA CLIMBING,   CENTERS LLC,   1938 TITUS ST,   SAN DIEGO CA 92110-2144
8663392    +CASCO BAY FINANCE COMPANY LLC,   50 PORTLAND PIER  #400,   PORTLAND ME 04101-4766
8663393     CITIBANK,   BOX 6000,   THE LAKES NV  89163-6000
8663394    +CITY OF PHOENIX,   MARY OAKES/TREASURY DIV,   251 W WASHINGTON,   PHOENIX AZ 85003-2295
8663395    +DESERT HILLS BANK,   3001 E CAMELBACK RD,   PHOENIX AZ 85016-4432
8663396    +DESERT HILLS BANK VISA,   3001 E CAMELBACK RD,   PHOENIX AZ 85016-4432
8663397    +DESERT SCHOOLS CREDIT UNION,   PO BOX 9845,   PHOENIX AZ 85068-9845
8663398    +EJM,   9061 SANTA MONICA BLVD,   LOS ANGELES CA 90069-5599
8663401    +MARICOPA COUNTY TREASURER,   301 W JEFFERSON #100,   PHOENIX AZ 85003-2199
8663402     PROVIDENT FUNDING ASSOCIATES,   PO BOX 54957,   LOS ANGELES CA  90054-0957
8663403    +US ATTORNEYGENERAL,   TAX DIV US DEPT OF JUSTICE,   BOX 683 BEN FRANKLIN STATION,
            WASHINGTON DC 20044-0683
8663404    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court:  US BANK,   PO BOX 790408,   ST LOUIS MO  63179-0408)

The following entities were noticed by electronic transmission on Nov 19, 2009.
tr         +EDI: BRAMACKENZIE.COM Nov 19 2009 19:04:00      ROBERT A. MACKENZIE,   2025 N. 3RD ST., #157,
            PHOENIX, AZ 85004-1425
smg         EDI: AZDEPREV.COM Nov 19 2009 18:58:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
            1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
8663388    +EDI: AZDEPREV.COM Nov 19 2009 18:58:00      ARIZONA DEPT OF REVENUE,   BK UNIT FIELD COLLECTIONS,
            1600 W  MONROE 7TH FL,   PHOENIX AZ 85007-2612
8663393     EDI: CITICORP.COM Nov 19 2009 18:58:00      CITIBANK,   BOX 6000,   THE LAKES NV  89163-6000
8663399     EDI: IRS.COM Nov 19 2009 18:58:00      INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OP,
            PO BOX 21126,   PHILADELPHIA PA  19114-0326
8663400     EDI: IRS.COM Nov 19 2009 18:58:00      INTERNAL REVENUE SERVICE,   STOP 5082 PX,   210 E EARLL,
            PHOENIX AZ  85012
8663404     EDI: USBANKARS.COM Nov 19 2009 18:58:00      US BANK,   PO BOX 790408,   ST LOUIS MO  63179-0408
8663405    +EDI: AFNIVZWIRE.COM Nov 19 2009 18:59:00      VERIZON WIRELESS,   PO BOX 96088,
            BELLEVUE WA 98009-8800
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8663387     FREDERICK JOHN AMRHEIN,   KARLA MICHELLE AMRHEIN
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2009**            Signature:            *Joseph Speetjens*